Commonwealth ex rel. Cleary, Appellant, *v.*
Weaver.

Argued November 12, 1958. Before RHODES, P. J.,
HIRT, GUNTHER, ERVIN, and WATKINS, JJ. (WRIGHT
and WOODSIDE, JJ., absent).

*Morton Fromm,* for appellant.

*James T. Smith,* for appellee.

OPINION PER CURIAM, December 9, 1958:

The order of the court below is affirmed on the
opinion of President Judge LIPEZ of the Court of Common Pleas of Clinton County, as reported in 14 Pa.
D. & C. 2d 715.